WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg - 046192
Stephen L. Cali - 133923
David J. Hyndman - 193944
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA  94612-3524
Telephone:  (510) 835-9100
Facsimile:  (510) 451-2170

(SPACE BELOW FOR FILING STAMP ONLY)

LANG, RICHERT & PATCH
Mark L. Creede - 128418
Matthew W. Quall - 183759
Fig Garden Financial Center
5200 North Palm Avenue, Fourth Floor
Fresno, CA  93704
Telephone:  (559) 228-6700
Facsimile:  (559) 228-6727

Attorneys for Plaintiff
BLACK & VEATCH CORPORATION

Stephen E. Carroll, #116333
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
MODESTO IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>            Defendant. | Case No.  1:11-cv-00695 LJO SKO<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF AUGUST 2, 2011 SCHEDULING CONFERENCE** |

Defendant MODESTO IRRIGATION DISTRICT (hereinafter "Defendant") and Plaintiff

STIPULATION AND ORDER REGARDING CONTINUANCE OF AUGUST 2, 2011 SCHEDULING CONFERENCE

BLACK & VEATCH CORPORATION (hereinafter "Plaintiff") by and through their undersigned counsel hereby stipulate and agree as follows:

1. The Scheduling Conference in this case is currently scheduled for August 2, 2011 at 9:30 a.m. The parties all agree and hereby stipulate that the Scheduling Conference should be continued because (1) Defendant will file a Third Party Complaint on or before August 8, 2011 and (2) the City of Modesto is expected to file a Complaint-in-Intervention. No prior extensions of time have been requested.

2. The parties agree and stipulate that a meaningful Scheduling Conference cannot take place until such time as Defendant files its Third Party Complaint and the City of Modesto files its Complaint-in-Intervention.

The parties are all available for a continued Scheduling Conference on September 27, 2011 at 9:30 a.m. and it is anticipated that Defendant's Third Party Complaint and the City of Modesto's Complaint-in-Intervention will be filed before this time.

The September 27, 2011 scheduling conference date and time agreed upon above was cleared by a court room deputy clerk.

THEREFORE, for the reasons set forth above, the parties hereby stipulate and agree that the August 2, 2011 Scheduling Conference be continued to September 27, 2011 at 9:30 a.m. In addition, the Joint Scheduling Conference Report shall be due on September 20, 2011 and the Rule 26(a)(1) Initial Disclosures will be due on September 20, 2011. The due date for Rule 26(a)(1) Initial Disclosures also applies to any newly-joined parties brought in under the filings contemplated by Paragraph 1 of this Stipulation.

Dated: July 20, 2011                                    McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP


                                                        By: /s/ Stephen E. Carroll (as authorized on 7/20/11)
                                                            Stephen E. Carroll
                                                            Attorneys for Defendant
                                                            MODESTO IRRIGATION DISTRICT

2

STIPULATION AND ORDER REGARDING CONTINUANCE OF AUGUST 2, 2011 SCHEDULING CONFERENCE

| | |
|---|---|
| Dated: July 20, 2011 | WULFSBERG REESE COLVIG & FIRSTMAN |

By: /s/ J. James Wulfsberg (as authorized on 7/20/11)
H. James Wulfsberg
Stephen L. Cali
David J. Hyndman
Attorneys for Plaintiff
BLACK & VEATCH CORPORATION

| | |
|---|---|
| Dated: July 20, 2011 | LANG, RICHERT & PATCH |

By: /s/ Mark L. Creede (as authorized on 7/20/11)
Mark L. Creede
Matthew W. Quall
Attorneys for Plaintiff
BLACK & VEATCH CORPORATION

## **ORDER OF THE COURT**

Pursuant to the STIPULATION of the parties and GOOD CAUSE appearing, it is hereby ORDERED as follows:

(1) The Scheduling Conference currently set for August 2, 2011 at 9:30 a.m. is hereby continued until **September 27, 2011 at 9:30 a.m.**

(2) The Joint Scheduling Conference Report shall be due on September 20, 2011.

(3) The Rule 26(a)(1) Initial Disclosures shall be due on September 20, 2011. The due date for Rule 26(a)(1) Initial Disclosures also applies to any newly-joined parties brought in under the filings contemplated by Paragraph 1 of the parties' Stipulation.

IT IS SO ORDERED.

Dated: **July 25, 2011**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE