WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg - 046192
Stephen L. Cali - 133923
David J. Hyndman - 193944
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170

LANG, RICHERT & PATCH
Mark L. Creede – 128418
Matthew W. Quall - 183759
Fig Garden Financial Center
5200 North Palm Avenue, Fourth Floor
Fresno, CA 93704
Telephone: (559) 228-6700
Facsimile: (559) 228-6727

Attorneys for Plaintiff
BLACK & VEATCH CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>Defendant.<br>_____<br>AND RELATED ACTIONS. | No. 1:11-cv-00695-LJO-SKO<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER THEREON** |

-1-

1645-038\2347682.2
STIPULATION TO AMEND SCHEDULING ORDER;
ORDER THEREON

Plaintiff and counter-defendant Black & Veatch Corporation ("B&V"); defendant, counter-claimant, and third party complainant Modesto Irrigation District ("MID"); third party defendants and counter-claimants Western Summit Constructors, Inc. ("WSCI"), Federal Insurance Company, Fidelity and Deposit Company of Maryland, and Travelers Casualty and Surety Company of America; third-party defendant Big B Construction ("Big B"); and counter-claimant City of Modesto ("City") (collectively, the "Parties") hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, the Scheduling Order, dated November 3, 2011, contains a deadline of December 14, 2012, for the completion of all discovery pertaining to non-experts and February 1, 2013 for the completion of all discovery pertaining to experts.

WHEREAS, the Parties desire to conduct a private mediation before April 15, 2012, before Mediator Hon. Richard Silver, Rtd., and also desire to postpone taking depositions and limiting discovery prior to the mediation, in order to save attorneys' fees and litigation costs.

WHEREAS, the Parties believe that they will be able to complete non-expert and expert discovery by March 1, 2013, without the need for continuing the dates currently scheduled for Non-Dispositive Motions, Dispositive Motions, Mandatory Settlement Conference, Pre-Trial Conference, and Trial.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties as follows:

1. The deadline for completion of non-expert discovery shall be continued from December 14, 2012 to March 1, 2013;

2. The deadline for completion of non-expert discovery shall be continued from February 1, 2013 to March 1, 2013; and

3. No other provisions of the November 3, 2011 Scheduling Order are otherwise modified herein.

(*Signatures on the following pages.*)

-2-

| | | |
|---|---|---|
| DATED: February 16, 2012 | | WULFSBERG REESE COLVIG & FIRSTMAN PROFESSIONAL CORPORATION |

By /s/ H. James Wulfsberg
   H. JAMES WULFSBERG
   Attorneys for Plaintiff and Counterdefendant
   BLACK & VEATCH CORPORATION

DATED: February 16, 2012              HANSON BRIDGET LLP

By /s/ Tyson M. Shower (As Authorized on 02/14/12)
   TYSON M. SHOWER
   Attorneys for Defendant, Crossclaimant and Third Party Claimant
   MODESTO IRRIGATION DISTRICT

DATED: February 16, 2012              LAW OFFICES OF JOHN A. BIARD

By /s/ Catharine Ching (As Authorized on 02/13/12)
   CATHARINE CHING
   Attorneys for Third Party Defendant
   BIG B CONSTRUCTION

DATED: February 16, 2012              DIEPENBROCK ELKIN LLP

By /s/ Eileen Diepenbrock (As Authorized on 02/09/12)
   EILEEN DIEPENBROCK
   Attorneys for Third Party Defendant
   WESTERN SUMMIT CONSTRUCTORS, INC.

DATED: February 16, 2012              DAVIDOVITZ & BENNETT LLP

By /s/ Patricia Lakner (As Authorized on 02/16/12)
   PATRICIA LAKNER
   Attorneys for Defendant and Crossclaimant
   CITY OF MODESTO

-3-

# **ORDER**

The dates proposed for an extension of the non-expert and expert-discovery deadlines are not feasible when considering the current non-dispositive and dispositive motion filing deadlines. Continuation of discovery beyond February 1, 2013, will impact the remainder of the schedule, up to and including trial. As such, while the Court will grant the parties' stipulated request for a schedule modification, the discovery deadlines are **only** extended as follows:

| **Event** | **Deadline** | **Previous Deadline** |
| --- | --- | --- |
| Non Expert Discovery | **February 1, 2013** | **December 14, 2012** |

**The rest of the scheduling deadlines remain unchanged, and are as follows**:

| **Event** | **Deadline** |
| --- | --- |
| Expert Discovery | **February 1, 2013** |
| Non-Dipositive Motion Filing | **February 6, 2013** |
| Non-Dipositive Hearing | **March 6, 2013** |
| Dispositive Motion Filing | **March 13, 2013** |
| Dispositive Motion Hearing | **April 24, 2013** |
| Settlement Conference | **May 2, 2013** |
| Pre-Trial Conference | **June 5, 2013** |
| Trial | **July 16, 2013** |

IT IS SO ORDERED.

Dated:   **February 28, 2012**          **/s/ Sheila K. Oberto**
                                                                           UNITED STATES MAGISTRATE JUDGE

-4-

1645-038\2347682.2
STIPULATION TO AMEND SCHEDULING ORDER;
ORDER THEREON