MORIS DAVIDOVITZ, ESQ. (State Bar #70581)
PATRICIA S. LAKNER, ESQ. (State Bar #115007)
DAVIDOVITZ & BENNETT LLP
One Embarcadero Center, Suite 750
San Francisco, California 94111
Telephone: (415) 956-4800
Facsimile: (415) 788-5948

Attorneys for Defendant in Intervention,
Counter-Claimant and Cross-Claimant CITY OF MODESTO

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>　　　　Defendant,<br>_____<br>MODESTO IRRIGATION DISTRICT,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>BLACK & VEATCH CORPORATION,<br><br>　　　　Counterdefendant,<br>_____<br>CITY OF MODESTO,<br><br>　　　　Cross-Claimant,<br><br>　　v.<br><br>WESTERN SUMMIT CONSTRUCTORS, INC.<br><br>　　　　Cross-Defendant.<br>_____ | CASE NO. 1:11-cv-00695 LJO SKO<br><br>STIPULATION AND ORDER FOR FILING OF AMENDED ANSWER OF CITY OF MODESTO TO ASSERT CROSS-CLAIM AGAINST WESTERN SUMMIT CONSTRUCTORS, INC. |



-1-

STIPULATION [AND ORDER] FOR FILING OF AMENDED ANSWER OF CITY OF MODESTO

IT IS HEREBY STIPULATED by and between the City of Modesto ("City") and Western Summit Constructors, Inc. ("WSCI") through their respective attorneys of record that Defendant in Intervention, City, may file an Amended Answer to include a cross-claim against WSCI.

The parties' Stipulation is based on the Parties' intention to safeguard the court's time and resources by filing only necessary motions.  However, WSCI does not stipulate to the propriety or merit of the claims the City proposes to make against WSCI.  Accordingly, the Stipulation is based upon the Parties' understanding and agreement that by entering into Stipulation WSCI does not waive, and instead fully reserves, its rights to assert all defenses of any kind to the City's cross-claim, as well as raise and make all available legal and factual challenges and motion to the City's cross-claim.

Dated: March 26, 2012        DAVIDOVITZ & BENNETT LLP

By:      /s/   Patricia S. Lakner
    MORIS DAVIDOVITZ
    PATRICIA S. LAKNER
    ATTORNEYS FOR CITY OF MODESTO

Dated: March 26, 2012        DIEPENBROCK ELKIN LLP

By:      /s/ Eileen M. Diepenbrock
    EILEEN M. DIEPENBROCK
    ATTORNEYS FOR  WESTERN SUMMIT
    CONSTRUCTORS, INC.

**ORDER**

Pursuant to the above stipulation of the parties, City of Modesto may amend its answer to include a cross-claim against  Western Summit Constructors, Inc.  The cross-claim currently on the docket (Doc. 87) filed by City of Modesto shall be deemed filed as of the date of this order.

IT IS SO ORDERED.

**Dated:   March 27, 2012**                /s/ Sheila K. Oberto
    UNITED STATES MAGISTRATE JUDGE