# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>             Plaintiff,<br><br>    v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>             Defendant<br>_____<br>MODESTO IRRIGATION DISTRICT,<br><br>             Counterclaimant,<br><br>    v.<br><br>BLACK & VEATCH CORPORATION,<br><br>             Counterdefendant.<br>_____<br>AND RELATED ACTIONS.<br>_____/ | CASE NO. 1:11-cv-00695-LJO-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO FILE AMENDED PLEADINGS AND REQUIRING THE PLEADINGS TO BE FILED SEPARATELY**<br><br>(Docket No. 95) |

On April 27, 2012, the parties filed a stipulation and order that various parties be permitted to file amended pleadings. (Doc. 95.) Specifically, the parties stipulated that Black & Veatch may file a First Amended Complaint, Modesto Irrigation District may file a First Amended Counterclaim,

and Western Summit Constructors, Inc. may file a First Amended Counterclaim. (Doc. 95.) The parties submitted their proposed amended pleadings attached to their stipulation, requesting that the attached pleadings be deemed filed subject to the Court's approval. (*See* Docs. 95-1, 95-2, 95-3.)

     Although the Court approves the parties' stipulation as it relates to the filing of amended pleadings, for purposes of docket management, the operative pleadings must be filed on the docket separately. Thus, Black & Veatch must file its First Amended Complaint, and Modesto Irrigation District and Western Summit Constructors, Inc. must each file their respective First Amended Counterclaims – the Court will not deem the pleadings filed.

     Accordingly, IT IS HEREBY ORDERED that:

1. Within two (2) days from the date of this order, Black & Veatch shall file a First Amended Complaint conforming to the proposed amended complaint filed as an exhibit to the parties' stipulation;

2. Within two (2) days from the date of this order, Modesto Irrigation District shall file a First Amended Counterclaim conforming to the proposed amended counterclaim filed as an exhibit to the parties' stipulation; and

3. Within two (2) days from the date of this order, Western Summit Constructors, Inc. shall file a First Amended Counterclaim conforming to the proposed amended counterclaim filed as an exhibit to the parties' stipulation.

IT IS SO ORDERED.

**Dated:   April 30, 2012**                              /s/ Sheila K. Oberto
                                                                       UNITED STATES MAGISTRATE JUDGE