1  EILEEN M. DIEPENBROCK (SBN 119254)
   JENNIFER L. DAUER (SBN 179262)
2  CHRIS A. McCANDLESS (SBN 210085)
   JONATHAN R. MARZ (SBN 221188)
3  DIEPENBROCK ELKIN LLP
   400 Capitol Mall, Suite 1800
4  Sacramento, CA 95814-4413
   Telephone: (916) 492-5024
5  Facsimile: (916) 446-2640

6  NEIL H. O'DONNELL (SBN 57928)
   AARON P. SILBERMAN (SBN 161021)
7  ROGERS JOSEPH O'DONNELL
   311 California Street
8  San Francisco, CA 94104
   Telephone:  (415) 956-2828
9  Facsimile:  (415) 956-6457

10 Attorneys for Third-Party Defendant, Counterclaimant,
   and Cross-Defendant
11 WESTERN SUMMIT CONSTRUCTORS, INC.

12 [Additional Counsel Identified at End]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>    Defendant. | Case No.: 1:11-CV-00695 LJO SKO<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE WESTERN SUMMIT CONSTRUCTORS, INC.'S CROSS-COMPLAINT** |
| MODESTO IRRIGATION DISTRICT,<br><br>    Counterclaimant,<br><br>vs.<br><br>BLACK & VEATCH CORPORATION,<br><br>    Counterdefendant. | |

DIEPENBROCK ELKIN LLP

Stipulation and Order Granting Leave to File Western Summit Constructors, Inc.'s Cross-Complaint
Case No. 1:11-CV-00695 LJO SKO

316861.1

| | |
|---|---|
| 1 | MODESTO IRRIGATION DISTRICT, |
| 2 | Third-Party Plaintiff, |
|   | vs. |
| 3 | |
| 4 | WESTERN SUMMIT CONSTRUCTORS, INC.; BIG B CONSTRUCTION, INC.; FEDERAL INSURANCE COMPANY; |
| 5 | FIDELITY AND DEPOSIT COMPANY OF MARYLAND; AND TRAVELERS |
| 6 | CASUALTY AND SURETY COMPANY OF AMERICA, |
| 7 | |
|   | Third-Party Defendants. |
| 8 | |
| 9 | WESTERN SUMMIT CONSTRUCTORS, INC., |
| 10 | |
|    | Counter-Complainant, |
| 11 | vs. |
| 12 | MODESTO IRRIGATION DISTRICT, |
| 13 | Counter-Defendant. |
| 14 | |
|    | CITY OF MODESTO, |
| 15 | Cross-Claimant, |
| 16 | vs. |
| 17 | WESTERN SUMMIT CONSTRUCTORS, INC., |
| 18 | |
|    | Cross-defendant |
| 19 | |

DIEPENBROCK
ELKIN LLP

Stipulation and Order Granting Leave to File Western Summit Constructors, Inc.'s Cross-Complaint
Case No. 1:11-CV-00695 LJO SKO

316861.1

IT IS HEREBY STIPULATED by and between Western Summit Constructors, Inc. ("WSCI"); Black & Veatch Corporation ("B&V"), Modesto Irrigation District ("MID"), Big B Construction, Inc.; Federal Insurance Company; Fidelity and Deposit Company of Maryland; Travelers Casualty and Surety Company of America; and the City of Modesto ("the City"), through their respective attorneys of record, that WSCI may have leave to file its Cross-Complaint, a copy of which proposed Cross-Complaint is attached hereto.

The proposed Cross-Complaint adds a new party as a cross-defendant, Siemens Industry Inc. fka Siemens Water Technologies Corporation ("Siemens"), and adds cross-claims by WSCI against Siemens for Express Contractual Indemnity, Implied Contractual Indemnity, Equitable Indemnity, and Declaratory Relief.  All of the proposed cross-claims arise from the membrane filtration system that Siemens delivered to WSCI for use on the Phase 2 Expansion and Optimization of the Modesto Regional Water Treatment Plant ("Project"), which Project is the subject of all existing claims among all current parties to this Action.  Both MID and the City have asserted contract and tort claims against WSCI based in part on the work Siemens performed for WSCI on the Project.  By the proposed Cross-Complaint, WSCI seeks indemnity from Siemens for those MID and City claims.

WSCI represents that it has acted diligently to evaluate its potential claims against Siemens and did not delay in its request to file the proposed Cross-Complaint.  WSCI tendered to Siemens the claims asserted against WSCI in this action, which are the subject of its proposed Cross-Complaint, promptly after WSCI was served with those claims; the City's cross-complaint against WSCI was not deemed filed until March 27, 2012; and B&V, MID and WSCI all have submitted to the Court on April 27, 2012 proposed amendments to their respective pleadings.

The parties' Stipulation is based on the parties' intention to preserve the Court's time and resources by filing only necessary motions.  By this Stipulation, no party stipulates or admits to the propriety or merit of any of WSCI's claims against Siemens in the proposed Cross-Complaint, or any of the allegations contained therein.

///

- 1 -

DIEPENBROCK ELKIN LLP

Stipulation and Order Granting Leave to File Western Summit Constructors, Inc.'s Cross-Complaint
Case No. 1:11-CV-00695 LJO SKO

316861.1

**SO STIPULATED:**

DATED:  April 30, 2012          DIEPENBROCK ELKIN LLP


                                By:  /s/ Eileen M. Diepenbrock
                                     Eileen M. Diepenbrock

                                Attorneys for Third-Party Defendant/Counterclaimant
                                WESTERN SUMMIT CONSTRUCTORS, INC. and
                                Third-Party Defendants FEDERAL INSURANCE
                                COMPANY; FIDELITY AND DEPOSIT COMPANY
                                OF MARYLAND; and TRAVELERS CASUALTY
                                AND SURETY COMPANY OF AMERICA

DATED:  April 30, 2012          WULFSBERG REESE COLVIG & FIRSTMANP


                                By:  /s/ Stephen L. Cali
                                     H. James Wulfsberg
                                     Stephen L. Cali

                                Attorneys for Plaintiff and Counterdefendant
                                BLACK & VEATCH CORPORATION


DATED:  April 30, 2012          HANSON BRIDGET LLP


                                By:  /s/ Tyson M. Shower
                                     Andrew G. Giacomini
                                     Tyson M. Shower

                                Attorneys for Defendant, Counterclaimant, Third-Party
                                Defendant and Counterdefendant MODESTO
                                IRRIGATION DISTRICT

- 2 -

DIEPENBROCK ELKIN LLP

Stipulation and Order Granting Leave to File Western Summit Constructors, Inc.'s Cross-Complaint
Case No. 1:11-CV-00695 LJO SKO

316861.1

DATED: April 30, 2012          CLAPP MORONEY BELLAGAMBA VUCINICH
                               BEEMAN AND SCHELEY


                               By:  */s/ Robert A. Bellagamba*
                                    Robert A. Bellagamba

                               Attorneys for Third Party Defendant
                               BIG B CONSTRUCTION


DATED: April 30, 2012          DAVIDOVITZ & BENNETT LLP


                               By:  */s/ Patricia Lakner*
                                    Patricia Lakner

                               Attorneys for Defendant, Counterclaimant and Cross-Claimant
                               CITY OF MODESTO


## ORDER

Pursuant to the above Stipulation of the parties, WSCI may file the Cross-Complaint as described above. The Cross-Complaint on the docket (Doc. No. 100) shall be deemed filed and served on all parties as of the date of this Order.

IT IS SO ORDERED.

Dated:  **May 1, 2012**                    **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

- 3 -
Stipulation and Order Granting Leave to File Western Summit Constructors, Inc.'s Cross-Complaint
Case No. 1:11-CV-00695 LJO SKO

DIEPENBROCK
ELKIN LLP

316861.1

**IDENTIFICATION OF COUNSEL**

| Counsel for Plaintiff Black & Veatch Corporation | Counsel for Western Summit Constructors, Inc. |
|---|---|
| Wulfsberg Reese Colvig & Firstman, PC<br>H. James Wulsfberg<br>jwulfsberg@wulfslaw.com<br>David James Hyndman<br>dhyndman@wulsflaw.com<br>Stephen L. Cali scali@wulfslaw.com<br>300 Lakeside Drive, 24th Floor<br>Oakland, CA 94612-3524<br><br>Lang, Richert & Patch<br>Mark L. Creede mlc@lrplaw.net<br>Matthew W. Quall mwq@lrplaw.net<br>5200 North Palm Avenue, Fourth Floor<br>Fresno, CA 93704 | Diepenbrock Elkin LLP<br>Eileen M. Diepenbrock<br>emd@diepenbrock.com<br>Chris A. McCandless<br>cam@diepenbrock.com<br>Jonathan R. Marz<br>jrm@diepenbrock.com<br>400 Capitol Mall, Suite 1800<br>Sacramento, CA 95814<br><br>Neil Hall O'Donnell, nho@rjo.com<br>Aaron P. Silverman aps@rjo.com<br>Rogers Joseph O'Donnell<br>311 California Street, 10th Floor<br>San Francisco, CA 94104 |
| **Counsel for Modesto Irrigation District**<br>Hanson Bridget LLP<br>Andrew G. Giacomini<br>agiacomini@hansonbridgett.com<br>Tyson M. Shower<br>tshower@hansonbridgett.com<br>500 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br><br>McCormick, Barsto, Sheppard,<br>  Wayte & Carruth LLP<br>Stephen E. Carroll<br>stephen.carroll@mccormickbarstow.com<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501 | **Counsel for Intervenor City of Modesto**<br>Davidovitz & Bennett LLP<br>Moris Davidovitz<br>mdavidovitz@dblawsf.com<br>Patricia S. Lakner plakner@dblawsf.com<br>One Embarcadero Center, Suite 750<br>San Francisco, CA 94111 |
| | **Counsel for Third Party Defendant Big B Construction, Inc.**<br>Clapp, Moroney, Bellagamba,<br>  Vucinich, Beeman and Scheley<br>Robert A. Bellagamba<br>rbellagamba@clappmoroney.com<br>6130 Stoneridge Mall Road, Suite 275<br>Pleasanton, CA 94588 |