WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg, SBN 046192
Gregory R. Aker, SBN 104171
Stephen L. Cali, SBN 133923
David J. Hyndman, SBN 193944
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, California 94612-3524
Telephone: (510) 835-9100
Facsimile:  (510) 451-2170

LANG, RICHERT & PATCH
Mark L. Creede, SBN 128418
Matthew W. Quall, SBN 183759
Fig Garden Financial Center
5200 North Palm Avenue, Fourth Floor
Fresno, CA  93704
Telephone: (559) 228-6700
Facsimile:  (559) 228-6728

Attorneys for Plaintiff and Counterdefendant
BLACK & VEATCH CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>        Defendant.<br><br>AND RELATED ACTIONS. | Case No. 1:11-cv-00695 LJO SKO<br><br>**STIPULATION AND ORDER REGARDING BLACK & VEATCH'S MOTION TO COMPEL PRODUCTION OF MID'S EMAILS AND ATTACHMENTS**<br><br>Date:      **July 26, 2012**<br>Time:      **3:00 p.m.**<br>Courtroom: **7**<br>Judge:     **Hon. Sheila K. Oberto**<br><br>Trial Date: July 16, 2013 |

STIPULATION AND ORDER

**STIPULATION**

Plaintiff and counterdefendant Black & Veatch Corporation and defendant and counter-claimant Modesto Irrigation District (MID) conducted a telephone conference with the Court, the Honorable Sheila K. Oberto, presiding, on July 26, 2012, at 3 PM, in a further attempt to resolve the disputes arising from Black & Veatch's motion to compel production of MID's emails and attachments. As a result of that conference, Black & Veatch and MID agree as follows:

1. As outlined in paragraph 3, below, MID agrees to share with Black & Veatch on an equal basis the cost of cataloging all backup tapes for its GroupWise emails and attachments, not to exceed $28,930.00, as set forth in the Iris Data Service (IDS) proposal filed with the Court on July 25, 2012. Once cataloging of the tapes is complete, MID and Black & Veatch will discuss whether it is possible to reach an agreement on a cost-sharing arrangement for the balance of IDS's work in recovering the GroupWise emails and attachments.

2. To comply with NERC data security regulations applicable to MID, Black & Veatch agrees to provide MID the following information, before the backup tapes are released:

(a) the identity of each person at IDS, or at any subconsultant engaged by IDS to assist in performing the work, who will have access to the data contained on the backup tapes;

(b) the provisions in place for returning the tapes to MID following recovery of the GroupWise emails and attachments;

(c) assurances from IDS and any of its subconsultants that no copies of the backup tapes will be retained following recovery of the GroupWise emails and attachments;

(d) the entry of a protective order by the Court incorporating these terms, which Black & Veatch agrees to prepare, and the agreement of IDS and any of its subconsultants that they will be bound by the terms of the protective order.

3. Following the entry of a protective order as described in the preceding paragraph, MID agrees promptly to have IDS create encrypted copies of all backup tapes containing GroupWise emails and attachments, subject to the provisions of the stipulated protective order, so that IDS may immediately begin cataloging their contents.

-1-
STIPULATION AND ORDER

4. With respect to MID's emails and attachments from 2008 to the present, which MID previously produced in hard copy pursuant to Black & Veatch's CPRA requests, Black & Veatch agrees to provide MID by Friday, July 27, 2012, a revised list of search terms, narrowed in scope to attempt to reduce the number of emails produced by the search. MID agrees to promptly run a search of the emails, based on the search terms Black & Veatch provides, and to inform Black & Veatch of the results of that search no later than Tuesday, July 31, 2012. At that time, MID and Black & Veatch will attempt to agree on production of the emails, or on ways of further narrowing the search to emails relevant to the project in dispute in this case.

5. Counsel for Black & Veatch and MID will meet & confer by telephone on <u>Tuesday, July 31, 2012, at 4:30 PM</u>, to attempt to further resolve any and all remaining discovery issues with respect to the GroupWise emails and attachments and MID's 2008-present emails.

6. The Court will conduct a further telephone conference to discuss the parties' progress on each of the above-stated points <u>Tuesday, August 7, 2012, at 11 AM</u>. Counsel for Black & Veatch will set up the call.

7. The hearing on Black & Veatch's motion to compel production of MID's emails and other electronic records, currently on calendar for August 1, 2012, at 9:30 AM, shall be continued to <u>Wednesday, August 22, at 9:30 AM</u>.

DATED: July 30, 2012         WULFSBERG REESE COLVIG & FIRSTMAN
                             PROFESSIONAL CORPORATION

                             By  /s/ Gregory R. Aker
                                 Gregory R. Aker

                             Attorneys for Plaintiff and Counterdefendant
                             BLACK & VEATCH CORPORATION

DATED: July 30, 2012         McCORMICK, BARSTOW, SHEPPARD,
                             WAYTE & CARRUTH, LLP

                             By  /s/ Stephen Carroll  (As Authorized on 07/30/12)
                                 Stephen E. Carroll

                             Attorneys for Defendant and Counterclaimant
                             MODESTO IRRIGATION DISTRICT

**ORDER**

Based upon the stipulation of Black & Veatch and MID, as set forth above, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: **July 31, 2012**                              **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER