WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg, SBN 046192
Gregory R. Aker, SBN 104171
Stephen L. Cali, SBN 133923
David J. Hyndman, SBN 193944
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, California 94612-3524
Telephone: (510) 835-9100
Facsimile:  (510) 451-2170

LANG, RICHERT & PATCH
Mark L. Creede, SBN 128418
Matthew W. Quall, SBN 183759
Fig Garden Financial Center
5200 North Palm Avenue, Fourth Floor
Fresno, CA  93704
Telephone: (559) 228-6700
Facsimile:  (559) 228-6728

Attorneys for Plaintiff and Counterdefendant
BLACK & VEATCH CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No. 1:11-cv-00695 LJO SKO<br><br>**STIPULATION AND ORDER REGARDING REVISED BRIEFING SCHEDULE ON BLACK & VEATCH'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY CITY OF MODESTO** |

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE
1645-038\2372663.1

Black & Veatch and the City of Modesto hereby stipulate to the following revised briefing schedule on B&V's motion to compel production of communications regarding the arbitration proceeding between the City and Modesto Irrigation District that the City claims are privileged: B&V's opening brief is to be filed by September 21, 2012; City's opposition brief is to be filed by October 1, 2012; B&V's reply brief is to be filed by October 5, 2012.

DATED: September 12, 2012         WULFSBERG REESE COLVIG & FIRSTMAN
                                  PROFESSIONAL CORPORATION


                                  By:  /s/ Gregory R. Aker
                                       GREGORY R. AKER


                                  Attorneys for Plaintiff and Counterdefendant
                                  BLACK & VEATCH CORPORATION

DATED: September 12, 2012         DAVIDOVITZ & BENNETT, LLP


                                  By:  /s/ Patricia S. Lakner
                                       PATRICIA S. LAKNER, ESQ.


                                  Attorneys for Intervenor CITY OF MODESTO

## **ORDER**

The following stipulated briefing schedule is approved by the Court:

1. Black & Veatch Corporation's (B&V) opening brief shall be filed by September 21, 2012;

2. City of Modesto's opposition brief shall be filed by October 1, 2012; and

3. B&V's reply brief shall be filed by October 5, 2012.

The hearing regarding B&V's motion to compel production of documents from the City of Modesto concerning arbitration proceedings (Doc. 162), currently set for

October 10, 2012, is hereby CONTINUED to October 17, 2012, at 9:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: **September 13, 2012**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE