WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg, SBN 046192
Gregory R. Aker, SBN 104171
Stephen L. Cali, SBN 133923
David J. Hyndman, SBN 193944
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, California 94612-3524
Telephone: (510) 835-9100
Facsimile:  (510) 451-2170

LANG, RICHERT & PATCH
Mark L. Creede, SBN 128418
Matthew W. Quall, SBN 183759
Fig Garden Financial Center
5200 North Palm Avenue, Fourth Floor
Fresno, CA  93704
Telephone: (559) 228-6700
Facsimile:  (559) 228-6728

Attorneys for Plaintiff and Counterdefendant
BLACK & VEATCH CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No. 1:11-cv-00695 LJO SKO<br><br>**STIPULATION AND ORDER REGARDING PENDING DISCOVERY MOTIONS**<br><br>Courtroom:   **7**<br>Judge:          **Hon. Sheila K. Oberto**<br><br>Trial Date:   July 16, 2013 |

**STIPULATION**

Plaintiff and counter-defendant Black & Veatch Corporation (Black & Veatch), defendant and counter-claimant, Modesto Irrigation District (MID), and intervenor, City of Modesto (City), have reached a tentative agreement for settlement of the parties' respective claims in this litigation. MID and the City each plan to present the tentative settlement to MID's Board and to the City Council for their consideration and approval at their meetings scheduled for October 9, 2012. To avoid the unnecessary expenditure of legal fees in the interim, Black & Veatch, MID and the City wish to briefly postpone certain deadlines with respect to the discovery motions pending before the Court that are listed below.

Accordingly, Black & Veatch, MID and the City hereby stipulate as follows:

1. With respect to Black & Veatch's motion to compel production by the City of arbitration-related communications that the City claims are protected by the joint defense privilege, which is scheduled for hearing before the Court on October 17, 2012, at 9:30 a.m., Black & Veatch and MID agree to extend the due date for Black & Veatch's reply brief from October 5 to October 12, 2012.

2. With respect to Black & Veatch's motion to compel production of MID's 2008-present emails, Black & Veatch and MID agree to postpone their meet-and-confer, presently scheduled for October 5, at 2:30 p.m., to a mutually-agreeable time on October 10 or 11, 2012. Further, the parties agree, subject to the Court's approval, to continue the telephone hearing presently scheduled for October 10, at 4:30 p.m., to the week of October 15, 2012, on a day and time convenient to the Court.

3. With respect to Black & Veatch's motion to require MID to share in the cost of restoring MID's pre-2008 GroupWise emails, which is scheduled for hearing before the Court on October 31, 2012, at 9:30 a.m., Black & Veatch and MID agree to extend the due date for Black & Veatch's opening brief from October 5 to October 12, 2012, and the due date for MID's opposition brief from October 19 to October 26, 2012.

//
//

-1-

STIPULATION AND ORDER
1645-038\2374805.1

| | |
|---|---|
| DATED: October 5, 2012 | WULFSBERG REESE COLVIG & FIRSTMAN PROFESSIONAL CORPORATION |

By  */s/ Gregory R. Aker*
      Gregory R. Aker

Attorneys for Plaintiff and Counterdefendant
BLACK & VEATCH CORPORATION

DATED: October 5, 2012          McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By */s/ Stephen E. Carroll (as authorized on 10/5/12)*
     Stephen E. Carroll

Attorneys for Defendant and Counterclaimant
MODESTO IRRIGATION DISTRICT

DATED: October 5, 2012          DAVIDOVITZ & BENNETT, LLP

By */s/ Patricia S. Lakner (as authorized on 10/5/12)*
     Patricia S. Lakner

Attorneys for Intervenor CITY OF MODESTO

## ORDER

Pursuant to the above stipulation of the parties and the Court's schedule, IT IS HEREBY ORDERED that:

1. The due date for Black & Veatch's reply brief for its motion to compel the production of documents by City of Modesto (Doc. 162), regarding the production of arbitration-related communications, is CONTINUED to October 12, 2012;

2. The informal telephonic discovery conference concerning Black & Veatch's motion to compel the production of documents by Modesto Irrigation District (Doc. 125), regarding the issue of the time frame for Modesto Irrigation District to produce the 2008 to present

emails, is CONTINUED to October 17, 2012, at 9:30 a.m.;

3. The briefing schedule for Black & Veatch's motion to compel production of documents from Modesto Irrigation District (Doc. 125), as to the issue of sharing the costs of restoring Modesto Irrigation District's pre-2008 emails, is CONTINUED as follows:

   a. Black & Veatch's opening brief is due on October 12, 2012; and

   b. Modesto Irrigation District's opposition brief is due on October 24, 2012; [1]

4. The hearing for **both** Black & Veatch's motion to compel production of documents from City of Modesto of arbitration-related communications (Doc. 162), and Black & Veatch's motion to compel of documents from Modesto Irrigation District related to the issue of cost-sharing (Doc. 125), shall be held on October 31, 2012, at 9:30 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **October 9, 2012**            /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties requested that Modesto Irrigation District's opposition brief be due on October 26, 2012, to allow the Court sufficient time to consider the opposition prior to the October 31, 2012, hearing, the opposition will be due on October 24, 2012.