1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   BLACK & VEATCH CORP.,                    CASE NO. CV F 11-0695 LJO SKO

10              Plaintiff,                    **ORDER ON NOTICE OF PARTIAL
                                             SETTLEMENT**
11      vs.                                   (Doc. 213.)

12  MODESTO IRRIGATION
    DISTRICT,
13
                Defendant.
14  _____/

15  AND RELATED ACTIONS.
    _____/
16

17          Counsel for Black & Veatch Corporation ("BV") and Modesto Irrigation District ("MID") have

18  notified this Court that settlement has been reached as to claims among BV, MID and the City of

19  Modesto ("City").  As such, this Court:

20          1.    VACATES the October 30, 2012 and November 5, 2012 hearings on BV's and MID's

21                summary judgment motions.  This Court will take no further action on the summary

22                judgment motions;

23          2.    VACATES the October 17, 2012 informal discovery conference and October 31, 2012

24                discovery hearing set before U.S. Magistrate Judge Sheila Oberto; and

25          3.    ORDERS BV, MID and the City to seek to complete settlement of their respective claims

26                diligently, including seeking a good faith settlement determination.

27          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

28  parties who contributed to violation of this order.  *See* Local Rules160 and 272.  This Court

ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   October 12, 2012**                          **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE