UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK & VEATCH CORP., | CASE NO. CV F 11-0695 LJO SKO |
| Plaintiff, | **ORDER ON NOTICE OF PARTIAL SETTLEMENT** |
| vs. | (Doc. 213.) |
| MODESTO IRRIGATION DISTRICT, | |
| Defendant. / | |
| AND RELATED ACTIONS. / | |

Counsel for Black & Veatch Corporation ("BV") and Modesto Irrigation District ("MID") have notified this Court that settlement has been reached as to claims among BV, MID and the City of Modesto ("City"). As such, this Court:

1. VACATES the October 30, 2012 and November 5, 2012 hearings on BV's and MID's summary judgment motions. This Court will take no further action on the summary judgment motions;

2. VACATES the October 17, 2012 informal discovery conference and October 31, 2012 discovery hearing set before U.S. Magistrate Judge Sheila Oberto; and

3. ORDERS BV, MID and the City to seek to complete settlement of their respective claims diligently, including seeking a good faith settlement determination.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court

ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   October 12, 2012            /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE