# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>Defendant | CASE NO. 1:11-cv-00695-LJO-SKO<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST FOR A SCHEDULE MODIFICATION**<br><br>(Docket No. 218) |
| MODESTO IRRIGATION DISTRICT,<br><br>Counterclaimant,<br><br>v.<br><br>BLACK & VEATCH CORPORATION,<br><br>Counterdefendant. | |
| AND RELATED ACTIONS.<br>_____/ | |

On December 10, 2012, the parties filed a stipulated request to modify the scheduling order. (Doc. 218.) The parties indicate that they are engaging in mediation and settlement discussions, and request that the discovery deadlines and all subsequent deadlines be continued. (Doc. 218, 2:24-3:14.)

The Court GRANTS the parties' stipulated request for a schedule modification; however, some of the dates proposed by the parties have been modified below to comport with the Court's calendar.

///

The modified schedule is as follows:

| Event | Prior Deadline | Modified Deadline |
|---|---|---|
| Expert Witness Disclosure | December 17, 2012 | January 30, 2013 |
| Expert Rebuttal Disclosure | January 16, 2013 | February 19, 2013 |
| Non-Expert Discovery Deadline | February 1, 2013 | March 1, 2013 |
| Expert Discovery Deadline | February 1, 2013 | March 15, 2013 |
| Non-Dispositive Mot. Filing | February 6, 2013 | March 20, 2013 |
| Non-Dispositive Mot. Hearing | March 6, 2013 | April 17, 2013 |
| Dispositive Mot. Filing | March 13, 2013 | April 24, 2013 |
| Dispositive Mot. Hearing | April 24, 2013 | June 5, 2013 |
| Settlement Conference | May 2, 2013 | May 16, 2013 |
| Pre-Trial Conference | June 5, 2013 | July 17, 2013 |
| Trial | July 16, 2013 | August 27, 2013 |

IT IS SO ORDERED.

**Dated:   December 11, 2012**          /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE