1

2

David Q. McClure, Bar No. 178814
DMcClure@perkinscoie.com

3

PERKINS COIE LLP
1888 Century Park East, Suite 1700

4

Los Angeles, CA  90067-1721
Telephone:  310.788.9900

5

Facsimile:  310.843.1284

6

Jan Feldman, Bar No. 06180632
Charles W. Mulaney, Bar No. 6290299

7

PERKINS COIE LLP
131 South Dearborn Street, Suite 1700

8

Chicago, IL  60603-5559
Telephone:  312.324.8400

9

Facsimile:   312.324.9400

10

Attorneys for Third-Party Defendant
Siemens Industry Inc., f/k/a Siemens Water

11

Technologies Corporation

12

## UNITED STATES DISTRICT COURT

13

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

15

BLACK & VEATCH CORPORATION,

16

Plaintiff,

17

v.

18

MODESTO IRRIGATION DISTRICT,

19

Defendant.

20

21

MODESTO IRRIGATION DISTRICT,

22

Counterclaimant,

23

v.

24

BLACK & VEATCH CORPORATION,

25

Counterdefendant.

26

27

AND RELATED ACTIONS

28

Case No. 1:11-CV-00695 LJO SKO

**STIPULATION AND ORDER RESCHEDULING JANUARY 9, 2013 HEARING DATE ON SIEMENS' MOTION FOR PROTECTIVE ORDER TO FEBRUARY 6, 2013**

1:11-CV-00695 LJO SKO

LEGAL25463598.1

STIPULATION AND ORDER RESCHEDULING
JANUARY 9, 2013 HEARING DATE ON SIEMENS'
MOTION FOR PROTECTIVE ORDER TO
FEBRUARY 6, 2013

1

2      Pursuant to Local Rule 144, Siemens Industry, Inc., f/k/a Siemens Water Technologies

3   Corporation ("Siemens") and the Modesto Irrigation District ("MID") hereby stipulate that the

4   hearing date for Siemens' Motion for a Protective Order, scheduled for January 9, 2013 at 9:30

5   a.m., shall be re-scheduled to February 6, 2013 at 9:30 a.m.  In accordance with Local Rule 251,

6   Siemens and MID will file a Joint Statement re Discovery Disagreement at least seven days

7   before the February 6, 2013 hearing.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1:11-CV-00695 LJO SKO

LEGAL25463598.1

-2-

STIPULATION AND ORDER RESCHEDULING
JANUARY 9, 2013 HEARING DATE ON SIEMENS'
MOTION FOR PROTECTIVE ORDER TO
FEBRUARY 6, 2013

1

2

Dated:  December 28, 2012

3

4

5

6

7

David Q. McClure, Bar No. 178814
DMcClure@perkinscoie.com

8

PERKINS COIE LLP
1888 Century Park East, Suite 1700

9

Los Angeles, CA  90067-1721
Telephone:  310.788.9900

10

Facsimile:  310.843.1284

11

Jan Feldman, Bar No. 06180632
Charles W. Mulaney, Bar No. 6290299

12

PERKINS COIE LLP
131 South Dearborn Street, Suite 1700

13

Chicago, IL  60603-5559
Telephone:  312.324.8400

14

Facsimile:  312.324.9400

15

Attorneys for Third-Party Counterclaimant-
Defendant Siemens Industry, Inc., f/k/a

16

Siemens Water Technologies Corporation

17

18

Stephen E. Carroll
McCORMICK BARSTOW SHEPPARD WAYTE &

19

CARRUTH LLP
5 River Park Place East

20

P.O. Box 28912
Fresno, CA  93729-8912

21

Telephone:   559-433-1300
Facsimile:  559-433-2300

22

23

Andrew Giacomini
Tyson M. Shower

24

HANSON BRIDGETT LLP
425 Market Street, 26th Floor

25

San Francisco, CA  94105
Telephone: 415-995-5059

26

Facsimile:  415-541-9366

27

Attorneys for Modesto Irrigation District

28

**SIEMENS INDUSTRY, INC., F/K/A
SIEMENS WATER TECHNOLOGIES
CORPORATION**

By:   /s/ Charles W. Mulaney
      ONE OF ITS ATTORNEYS

**MODESTO IRRIGATION DISTRICT**

By:   /s/ Tyson M. Shower
      ONE OF ITS ATTORNEYS

STIPULATION AND ORDER RESCHEDULING
JANUARY 9, 2013 HEARING DATE ON SIEMENS'
MOTION FOR PROTECTIVE ORDER TO
FEBRUARY 6, 2013

1

2                                          **ORDER**

3       Pursuant to the stipulation of MID and Siemens, as set forth above, the hearing date for

4  Siemens' Motion for a Protective Order, scheduled for January 9, 2013, at 9:30 a.m., shall be re-

5  scheduled to February 6, 2013 at 9:30 a.m.

6

7

8

9

10

11

12

13  IT IS SO ORDERED.

14
        Dated:   __December 28, 2012__              _____/s/ Sheila K. Oberto_____
15                                                  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RESCHEDULING
JANUARY 9, 2013 HEARING DATE ON SIEMENS'
MOTION FOR PROTECTIVE ORDER TO
FEBRUARY 6, 2013