# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>　　　　　　Defendant.<br>_____<br>MODESTO IRRIGATION DISTRICT,<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>BLACK & VEATCH CORPORATION,<br><br>　　　　　　Counterdefendant.<br>_____<br>AND RELATED ACTIONS.<br>_____/ | CASE NO. 1:11-cv-00695-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT BLACK & VEATCH'S MOTION FOR GOOD FAITH SETTLEMENT BE GRANTED**<br><br>(Docket No. 231) |

On February 4, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff/Counter-Defendant Black & Veatch's ("B&V") Application for Motion for Good Faith Settlement and Indemnity Bar be GRANTED. (Doc. 231.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within ten (10) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued February 4, 2013, are ADOPTED IN FULL;
2. B&V's motion for determination of good faith settlement is GRANTED; and
3. Pursuant to California Code of Civil Procedure, Sections 877 and 877.6(c), B&V is hereby discharged from all liability for any contribution, equitable comparative contribution, or partial or comparative indemnity, to the other parties including, without limitation, the named third-party defendants and/or cross-defendants to this litigation, specifically Western Summit, Big B Contractors, Inc., and Siemens Industry, Inc., f/a Siemens Water Technologies Corporation.

IT IS SO ORDERED.

Dated:   **February 19, 2013**         /s/  **Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE