HANSON BRIDGETT LLP
ANDREW G. GIACOMINI, SBN 154377
agiacomini@hansonbridgett.com
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
STEPHEN E. CARROLL, SBN 116333
PAUL J. O'ROURKE, SBN 143951
BEN NICHOLSON, SBN 239893
P.O. Box 28912
5 River Park Place East
Fresno California 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant/Counterclaimant/
Third-Party Plaintiff/Counterdefendant
MODEST IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>Defendant. | **CASE NO. 1:11-CV-00695 LJO SKO**<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>***COURT LANGUAGE ADDED TO ORDER*** |
| MODESTO IRRIGATION DISTRICT,<br><br>Counterclaimant,<br><br>v.<br><br>BLACK & VEATCH CORPORATION,<br><br>Counterdefendant. | Complaint Filed:    April 29, 2011 |
| AND RELATED ACTIONS | |

1    WHEREAS, the claims asserted in this action by Black & Veatch Corporation
2 ("B&V") on the one hand and Modesto Irrigation District ("MID") and City of Modesto
3 ("City") on the other hand (together, the "Settling Parties") have now been settled by
4 agreement between the Settling Parties;

5    WHEREAS, the Settling Parties have obtained findings of good faith settlement,
6 which were entered by this Court on February 19, 2013 (Dkt. No._231); and

7    WHEREAS, the parties to this litigation do not intend to oppose the dismissal of
8 the Settling Defendants from their respective claims and counter claims against each
9 other without costs or fees;

10    IT IS THEREFORE STIPULATED by and between the parties to this action,
11 through their designated counsel, that the following claims of the Settling Parties in the
12 above-captioned action and related cross-actions be and hereby are dismissed with
13 prejudice pursuant to FRCP 41(a)(1), each side to bear their own fees and costs:

- The Second Claim for Relief for Breach of Implied Covenant of Good Faith and Fair Dealing alleged against MID in B&V's First Amended Complaint.
- The Third Claim for Relief for Declaratory Relief alleged against MID in B&V's First Amended Complaint.
- The Fourth Claim for Relief for Breach of Written Contract – Hold Harmless from City of Modesto Claim alleged against MID in B&V's First Amended Complaint.
- MID's First Amended Counterclaim in its entirety that consists of all nine Claims for Relief alleged against B&V as asserted therein.
- The City's Counterclaim in its entirety that consists of all three Claims for Relief alleged against B&V as asserted therein.

| | | |
|---|---|---|
| 1 | DATED: March 12, 2013 | HANSON BRIDGETT LLP |
| 2 | | By: /s/ Tyson M. Shower |
| 3 | | ANDREW G. GIACOMINI<br>TYSON M. SHOWER |
| 4 | | Attorneys for Defendant/Counterclaimant/<br>Third-Party Plaintiff/Counterdefendant |
| 5 | | MODEST IRRIGATION DISTRICT |

DATED: March 12, 2013            DAVIDOVITZ & BENNETT LLP

By:  /s/ Patricia Lakner
PATRICIA LAKNER
Attorneys for Defendant/Counterclaimant
CITY OF MODESTO

DATED: March 12, 2013            DIEPENBROCK ELKIN LLP

By:  /s/ Eileen M. Diepenbrock
EILEEN M. DIEPENBROCK
Attorneys for Third-Party Defendant/
Counterclaimant/Cross-Defendant/Cross-
Complainant WESTERN SUMMIT
CONSTRUCTORS, INC.

DATED: March 12, 2013            WULFSBERG REESE COLVIG & FIRSTMAN

By:  /s/ H. James Wulfsberg
H. JAMES WULFSBERG
Attorneys for Plaintiff/Counterdefendant
BLACK & VEATCH CORPORATION

DATED: March 12, 2013            CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN & SCHELEY

By:  /s/ Robert A. Bellagamba
ROBERT A BELLAGAMBA
Attorneys for Third-Party Defendant BIG B
CONSTRUCTION

DATED: March 11, 2013                    PERKINS COIE LLP

By:    /s/ Jan Feldman
JAN FELDMAN
Attorneys for Third-Party Defendant
SIEMENS INDUSTRY, INC., f/k/a SIEMENS WATER TECHNOLOGIES CORPORATION

## **ORDER**

This Court DISMISSES with prejudice the claims subject to this stipulation. This Court ORDERS the parties to pursue diligently settlement and dismissal of remaining claims and to file, no later than April 19, 2013, a joint status report to address settlement and/or need to litigate remaining claims.

IT IS SO ORDERED.

Dated: **March 13, 2013**                    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE