HANSON BRIDGETT LLP
ANDREW G. GIACOMINI, SBN 154377
agiacomini@hansonbridgett.com
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento California 95814
Telephone:    (916) 442-3333
Facsimile:    (916) 442-2348

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
STEPHEN E. CARROLL, SBN 116333
PAUL J. O'ROURKE, SBN 143951
BEN NICHOLSON, SBN 239893
P.O. Box 28912
5 River Park Place East
Fresno California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant/Counterclaimant/
Third-Party Plaintiff/Counterdefendant
MODEST IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>    Defendant. | **CASE NO. 1:11-CV-00695 LJO SKO**<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION AND ORDER** |
| MODESTO IRRIGATION DISTRICT,<br><br>    Counterclaimant,<br><br>    v.<br><br>BLACK & VEATCH CORPORATION,<br><br>    Counterdefendant. | Complaint Filed:        April 29, 2011 |
| AND RELATED ACTIONS | |

WHEREAS, the claims asserted in this action by Black & Veatch Corporation ("B&V") on the one hand and Modesto Irrigation District ("MID") and City of Modesto ("City") on the other hand have been dismissed with prejudice pursuant to the Court's Order dated March 13, 2013;

WHEREAS, the claims asserted in this action by MID and the City on the one hand, and Western Summit Constructors, Inc. ("Western Summit"), Federal Insurance Company, Fidelity and Deposit Company of Maryland and Travelers Casualty and Surety Company of America, on the other hand, have now been settled by written agreement between these parties;

WHEREAS, the claims asserted in this action by MID on the one hand, and Big B Construction, Inc. ("Big B"), on the other hand, have now been settled by written agreement between these parties;

WHEREAS, the claims asserted in this action by Western Summit on the one hand, and Siemens Industry, Inc. formerly known as Siemens Water Technologies Corporation, on the other hand, have now been settled by written agreement between these parties;

WHEREAS, the written settlements described above fully and finally resolve all claims in this action pursuant to the terms of the settlement agreements;

WHEREAS, the parties to this litigation agree not to oppose the dismissal of the settling parties from their respective claims, counterclaims, and cross-claims and further agree not to assert claims against each other for costs or fees;

IT IS THEREFORE STIPULATED by and between the parties to this action, through their designated counsel, that the following claims of the settling parties in the above-captioned action and related cross-actions be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1), each side to bear their own fees and costs:

- All Claims for Relief alleged in MID's First Amended Complaint in Impleader against Western Summit, Big B, Federal Insurance Company, Fidelity and

1     Deposit Company of Maryland and Travelers Casualty and Surety

2     Company of America.

3          ▪ All Claims for Relief alleged in the City's Cross-Claim against Western

4            Summit.

5          ▪ All Claims for Relief alleged in Western Summit's Cross-Complaint against

6            Siemens Industry, Inc. formerly known as Siemens Water Technologies

7            Corporation.

8          ▪ All Claims for Relief alleged in Western Summit's First Amended and

9            Supplemental Counterclaim against MID.

10

11    DATED: May 23, 2013                    HANSON BRIDGETT LLP

12                                           By:_____/s/ Tyson M. Shower_____
13                                              ANDREW G. GIACOMINI
                                                TYSON M. SHOWER
14                                              Attorneys for Defendant/Counterclaimant/
                                                Third-Party Plaintiff/Counterdefendant
15                                              MODEST IRRIGATION DISTRICT

16    DATED: May 23, 2013                    DAVIDOVITZ & BENNETT LLP

17

18                                           By:_____/s/ Patricia Lakner_____
                                                PATRICIA LAKNER
19                                              Attorneys for Defendant/Counterclaimant
                                                CITY OF MODESTO

20

21    DATED: May 23, 2013                    DIEPENBROCK ELKIN LLP

22                                           By:_____/s/ Eileen M. Diepenbrock_____
                                                EILEEN M. DIEPENBROCK
23                                              Attorneys for Third-Party Defendant/
                                                Counterclaimant/Cross-Defendant/Cross-
24                                              Complainant WESTERN SUMMIT
                                                CONSTRUCTORS, INC.,FEDERAL
25                                              INSURANCE COMPANY, FIDELITY AND
                                                DEPOSIT COMPANY OF MARYLAND AND
26                                              TRAVELERS CASUALTY AND SURETY
                                                COMPANY OF AMERICA
27

28

1

DATED: May 23, 2013                      CLAPP, MORONEY, BELLAGAMBA,
                                         VUCINICH, BEEMAN & SCHELEY

2

3                                        By:_____/s/ Robert A. Bellagamba_____
                                         ROBERT A BELLAGAMBA

4                                        Attorneys for Third-Party Defendant BIG B
                                         CONSTRUCTION

5

6  DATED: May 23, 2013                   PERKINS COIE LLP

7                                        By:_____/s/ Jan Feldman_____
                                         JAN FELDMAN

8                                        Attorneys for Third-Party Defendant
                                         SIEMENS INDUSTRY, INC., f/k/a SIEMENS

9                                        WATER TECHNOLOGIES CORPORATION

10

11

12                                  **ORDER**

13        This Court DISMISSES with prejudice the claims subject to this stipulation.

14        The clerk is directed to close this action.

15

16

17

18  IT IS SO ORDERED.

19     Dated:   **May 24, 2013**              _____/s/ Lawrence J. O'Neill_____
                                         UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

5134634.1                                -4-                       1:11-CV-00695 LJO SKO
                              STIPULATION OF DISMISSAL AND ORDER