```
HANSON BRIDGETT LLP
ANDREW G. GIACOMINI, SBN 154377
agiacomini@hansonbridgett.com
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
STEPHEN E. CARROLL, SBN 116333
PAUL J. O'ROURKE, SBN 143951
BEN NICHOLSON, SBN 239893
P.O. Box 28912
5 River Park Place East
Fresno California 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant/Counterclaimant/
Third-Party Plaintiff/Counterdefendant
MODEST IRRIGATION DISTRICT
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BLACK & VEATCH CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>            Defendant. | **CASE NO. 1:11-CV-00695 LJO SKO**<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION AND ORDER**<br><br><br>Complaint Filed:        April 29, 2011 |
| MODESTO IRRIGATION DISTRICT,<br><br>            Counterclaimant,<br><br>     v.<br><br>BLACK & VEATCH CORPORATION,<br><br>            Counterdefendant. | |
| AND RELATED ACTIONS | |

WHEREAS, the claims asserted in this action by Black & Veatch Corporation ("B&V") on the one hand and Modesto Irrigation District ("MID") and City of Modesto ("City") on the other hand have been dismissed with prejudice pursuant to the Court's Order dated March 13, 2013;

WHEREAS, the claims asserted in this action by MID and the City on the one hand, and Western Summit Constructors, Inc. ("Western Summit"), Federal Insurance Company, Fidelity and Deposit Company of Maryland and Travelers Casualty and Surety Company of America, on the other hand, have now been settled by written agreement between these parties;

WHEREAS, the claims asserted in this action by MID on the one hand, and Big B Construction, Inc. ("Big B"), on the other hand, have now been settled by written agreement between these parties;

WHEREAS, the claims asserted in this action by Western Summit on the one hand, and Siemens Industry, Inc. formerly known as Siemens Water Technologies Corporation, on the other hand, have now been settled by written agreement between these parties;

WHEREAS, the written settlements described above fully and finally resolve all claims in this action pursuant to the terms of the settlement agreements;

WHEREAS, the parties to this litigation agree not to oppose the dismissal of the settling parties from their respective claims, counterclaims, and cross-claims and further agree not to assert claims against each other for costs or fees;

IT IS THEREFORE STIPULATED by and between the parties to this action, through their designated counsel, that the following claims of the settling parties in the above-captioned action and related cross-actions be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1), each side to bear their own fees and costs:

- All Claims for Relief alleged in MID's First Amended Complaint in Impleader against Western Summit, Big B, Federal Insurance Company, Fidelity and

Deposit Company of Maryland and Travelers Casualty and Surety Company of America.

- All Claims for Relief alleged in the City's Cross-Claim against Western Summit.
- All Claims for Relief alleged in Western Summit's Cross-Complaint against Siemens Industry, Inc. formerly known as Siemens Water Technologies Corporation.
- All Claims for Relief alleged in Western Summit's First Amended and Supplemental Counterclaim against MID.

DATED: May 23, 2013                    HANSON BRIDGETT LLP

By:      /s/ Tyson M. Shower
ANDREW G. GIACOMINI
TYSON M. SHOWER
Attorneys for Defendant/Counterclaimant/
Third-Party Plaintiff/Counterdefendant
MODEST IRRIGATION DISTRICT

DATED: May 23, 2013                    DAVIDOVITZ & BENNETT LLP

By:      /s/ Patricia Lakner
PATRICIA LAKNER
Attorneys for Defendant/Counterclaimant
CITY OF MODESTO

DATED: May 23, 2013                    DIEPENBROCK ELKIN LLP

By:      /s/ Eileen M. Diepenbrock
EILEEN M. DIEPENBROCK
Attorneys for Third-Party Defendant/
Counterclaimant/Cross-Defendant/Cross-
Complainant WESTERN SUMMIT
CONSTRUCTORS, INC.,FEDERAL
INSURANCE COMPANY, FIDELITY AND
DEPOSIT COMPANY OF MARYLAND AND
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

| | |
|---|---|
| DATED: May 23, 2013 | CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN & SCHELEY |

By:   /s/ Robert A. Bellagamba
ROBERT A BELLAGAMBA
Attorneys for Third-Party Defendant BIG B CONSTRUCTION

| | |
|---|---|
| DATED: May 23, 2013 | PERKINS COIE LLP |

By:   /s/ Jan Feldman
JAN FELDMAN
Attorneys for Third-Party Defendant SIEMENS INDUSTRY, INC., f/k/a SIEMENS WATER TECHNOLOGIES CORPORATION

## **ORDER**

This Court DISMISSES with prejudice the claims subject to this stipulation.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **May 24, 2013**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE